United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-50299-
Brian Everett Mooney  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 03, 2025 | Form ID: def | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: ifixem75@gmail.com | Mar 03 2025 19:39:00 | Brian Everett Mooney, 436 Old Progress Road, Moselle, MS 39459-9726 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2025      Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 1

mssb−defntc (Rev. 12/23)

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Mississippi**

In re:  Case No.: 25−50299
Chapter: 13

Brian Everett Mooney
436 Old Progress Road
Moselle, MS 39459

Social Security / Individual Taxpayer ID No.:
    xxx−xx−5721
Employer Tax ID / Other nos.:

**DEFICIENCY NOTICE**
(Notice of Missing Documents and
Notice of Dismissal if Documents Not Timely Filed)

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately.

Ch13 Income Form 122C−1 due 03/17/2025
Chapter 13 Plan due 03/17/2025
Schedules A−J2 due 03/17/2025
Sum. of Assets and Liabilities due 03/17/2025
Stmt. of Fin. Affairs due 03/17/2025

In the event the Schedules, Statements, and Other Documents pursuant to Federal Rules of Bankruptcy Procedure, Rule 1007(c) and/or 3015(b) are not filed on or before the above due deadline, this case may be dismissed without further notice or hearing.

**Dated:** 3/3/25            Danny L. Miller, Clerk of Court
                             Dan M. Russell, Jr. U.S. Courthouse
                             2012 15th Street, Suite 244
                             Gulfport, MS 39501

**Note:** Pursuant to Miss. Bankr. L. R. 1009−1, it is the responsibility of the debtor to notice any added creditors. Therefore, if there are creditors listed on the schedules which were not listed when the matrix was initially filed, the debtor/attorney for debtor should notice the added creditors. A copy of the notice with certificate of mailing should be filed simultaneously with the schedules.