# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50299  **Case Name:** Brian Everett Mooney

**Set:** 04/17/2025 10:30 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson

**matter** Order to Show Cause for failure to file the Schedules and Statement of Affairs. (Show Cause Order Dkt. #15)

---

Minute Entry Re: (related document(s): [15] Order to Appear and Show Cause for failure to file the schedules and statement of affairs) Appearances: None. Case will be dismissed for failure to file schedules and statement of affairs. CA will prepare order. Tickle for date: 04/24/2025. (cwe)